UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:25-CR-00041-CHB-CHL-1

USA,                                                                  Plaintiff,

v.

EDI DIAZ-LOPEZ,                                          Defendant.

## ORDER

Before the Court is the Ex Parte Motion to Withdraw filed by Defendant Edi Diaz-Lopez ("Defendant"). (DN 16.) Counsel for Defendant is requesting that he be permitted to withdraw. Based on the Motion (*Id.*), the Court agrees that counsel for Defendant should be permitted to withdraw. Thus, the Court will order that Patrick J. Bouldin be discharged from representing Defendant. The Court will appoint William H. Brammell, Jr., to serve as counsel for Defendant.

Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion (DN 16) is **GRANTED** and attorney Patrick J. Bouldin is **DISCHARGED** as counsel for Defendant. Attorney William H. Brammell, Jr., from the Court's Criminal Justice Act Panel is hereby appointed to represent Defendant effective April 21, 2025.

April 24, 2025

Colin H Lindsay, Magistrate Judge
United States District Court

cc:      Counsel of record
        William H. Brammell, Jr.
        QC Clerk